COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GARDNER ENERGY CORPORATION; BAJA ENERGY, LLC, PANDALE LAND & MINERALS COMPANY LLC, HEDBERG FAMILY LIMITED PARTNERSHIP, and PESCADOR PARTNERS, LTD., | § § § § § | No. 08-23-00140-CV<br><br>Appeal from the<br><br>143rd Judicial District Court |
| Appellants, | § | of Reeves County, Texas |
| v. | § | (TC#21-08-24090-CVR) |
| McNEIL, McNEIL, & HOLT, BILLY McNEIL and JEANNE HOLT, both individually and as Executors of the Estate of GLENDA McNEIL, Deceased, JIMMY McNEIL CATTLE COMPANY, and WESTWAY RANCHES, LLC, | § § § § § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment granting the McNeil Group's summary judgment motion and denying the Gardner Group's partial summary judgment motion. We therefore reverse the trial court's judgment and

render judgment in favor of the Gardner Group, granting its request to declare that the burden of the State's NPRI is to be allocated proportionately to all mineral interest owners in accordance with their respective interests. We remand to the trial court for further proceedings on the Gardner Group's claim for "money had and received and/or unjust enrichment."

We further order that Appellants recover from Appellees all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF DECEMBER 2013.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox, and Soto, JJ.